

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JUAN ANTONIO SAENZ, | § | No. 08-18-00167-CR |
|  | § | Appeal from the |
| APPELLANT, | § | County Criminal Court at Law No. 1 |
| V. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20150C10563) |
| APPELLEE. | § |  |

### MEMORANDUM OPINION

Appellant, Juan Antonio Saenz, has filed a motion to dismiss his appeal pursuant to Rule 42.2. This rule permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant's motion complies with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal. All pending motions are denied as moot.

April 30, 2019

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)